IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF NEBRASKA, <br><br> Plaintiffs, <br><br> vs. <br><br> NL INDUSTRIES, INC., <br><br> Defendant. | 8:12-CV-0059 <br><br> ORDER |

This matter is before the Court on the plaintiffs' Motion to Enter Consent Decree (filing 4). The Court finds that the proposed consent decree (filing 2-1) was properly made available for public comment, see 77 Fed. Reg. 8900 (Feb. 15, 2012), and that no comments were received. The Court further finds that the proposed consent decree is fair, reasonable, and consistent with the purposes that the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. § 9601 *et seq.*, is intended to serve. *See*, *U.S. v. Metropolitan St. Louis Sewer Dist. (MSD)*, 952 F.2d 1040 (8th Cir. 1992); *U.S. v. Cannons Engineering Corp.*, 899 F.2d 79 (1st Cir. 1990).

IT IS ORDERED:

1. The Motion to Enter Consent Decree (filing 4) is granted.

2. The fully-executed consent decree shall be filed separately.

3. Upon filing of the consent decree, the Clerk of the Court is directed to terminate this matter for all statistical purposes.

Dated this 22nd day of March, 2012.

BY THE COURT:

*s/John M. Gerrard*
John M. Gerrard
United States District Judge